CHARLES TIMOTHY EMERY *v.* STATE OF ARKANSAS

5797                                   489 S.W. 2d 17

Opinion delivered January 15, 1973

*William McArthur,* for appellant.

*Ray Thornton,* Atty. Gen., by: *Lonnie Powers,* Asst. Atty. Gen., for appellee.

CONLEY BYRD, Justice. Appellant Charles Timothy Emery filed a motion to dismiss the charges of burglary and grand larceny against him for failure to prosecute within the time limits set out in Ark. Stat. Ann. § 43-1708 (Repl. 1964), but before the motion was ruled on by

the court, he entered a plea of guilty. After sentence, he filed a post conviction petition to set aside his convictions on the basis that his constitutional right to a speedy trial had been violated. The trial court denied his post conviction petition on the basis that his guilty plea voluntarily waived his alleged right to a speedy trial. We agree. See *McDonald* v. *State,* 253 Ark. 23, 484 S.W. 2d 345 (1972), and *People* v. *DeCola,* 15 Ill. 2d 527, 155 N.E. 2d 622 (1958).

Furthermore, we have not found in the record where a delay of more than two terms has occurred except upon the application of appellant or because of his absence.

Affirmed.